1

2

3

4

5          IN THE UNITED STATES DISTRICT COURT

6          FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   ANTHONY DAWAYNE LEE TURNER,    )
                                   )
9            Plaintiff(s),         )     No. C 10-5709 CRB (PR)
                                   )
10      v.                         )     ORDER
                                   )
11  TOM GRAFF, et al.,             )     (Docket # 38)
                                   )
12           Defendant(s).         )
    _____)

13

14          Good cause shown, defendant Bernard Lee's motion for an extension of

15  time to file a motion for summary judgment or other dispositive motion is

16  GRANTED.  Defendant Lee shall file a motion for summary judgment or other

17  dispositive motion by no later than January 13, 2012.  Plaintiff shall file an

18  opposition, or notice of non-opposition, within 30 days of receiving defendant's

19  motion and defendant shall file a reply to any opposition within 15 days

20  thereafter.

21          The clerk shall terminate the motion in docket item number 38.

22  SO ORDERED.

23  DATED:   Oct. 18,2011            _____
                                     CHARLES R. BREYER
24                                   United States District Judge

25

26

27

28  G:\PRO-SE\CRB\CR.10\Turner, A1.or4.wpd