IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY DAWAYNE LEE TURNER, | ) | |
| Plaintiff(s), | ) | No. C 10-5709 CRB (PR) |
| v. | ) | ORDER |
| TOM GRAFF, et al., | ) | (Docket # 38) |
| Defendant(s). | ) | |

    Good cause shown, defendant Bernard Lee's motion for an extension of time to file a motion for summary judgment or other dispositive motion is GRANTED. Defendant Lee shall file a motion for summary judgment or other dispositive motion by no later than January 13, 2012. Plaintiff shall file an opposition, or notice of non-opposition, within 30 days of receiving defendant's motion and defendant shall file a reply to any opposition within 15 days thereafter.

    The clerk shall terminate the motion in docket item number 38.

SO ORDERED.

DATED: Oct. 18, 2011

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.10\Turner, A1.or4.wpd