IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY DAWAYNE LEE TURNER, | ) | |
| Plaintiff(s), | ) | No. C 10-5709 CRB (PR) |
| v. | ) | ORDER |
| TOM GRAFF, et al., | ) | (Docket # 38) |
| Defendant(s). | ) | |

Defendant Bernard Lee has filed a motion for summary judgment in this civil rights action for damages under 42 U.S.C. § 1983 brought by an inmate/patient at Napa State Hospital (NSH). Plaintiff shall file an opposition, or notice of non-opposition, by no later than February 24, 2012, and defendant Lee shall file a reply to any opposition within 15 days thereafter.

The hearing noticed for February 24, 2012 is VACATED.

SO ORDERED.

DATED: Jan. 19, 2012

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.10\Turner, A1.or5.wpd