IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY DAWAYNE LEE TURNER, | ) ) | |
| Plaintiff(s), | ) ) | No. C 10-5709 CRB (PR) |
| v. | ) ) | ORDER |
| TOM GRAF, et al., | ) ) | |
| Defendant(s). | ) ) | |

This is an action for damages under 42 U.S.C. § 1983 for use of excessive force brought by an inmate/patient at Napa State Hospital (NSH) against three defendants – Tom Graf, David Brody and Bernard Lee. Defendants Lee and Graf have filed motions for summary judgment, but Defendant Brody has not.

By no later than April 23, 2012, Defendant Brody shall file a motion for summary judgment or other dispositive motion, or otherwise inform the court in writing that the claim against him cannot be resolved by summary judgment or other dispositive motion. Plaintiff shall file a joint opposition to all motions for summary judgment (or other dispositive motion) by no later than May 25, 2012, and defendants shall file a reply within 15 days thereafter. No further extensions of time will be granted.

SO ORDERED.

DATED: 04/05/2012

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.10\Turner, A1.or6.wpd