IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY DAWAYNE LEE TURNER, | ) ) | |
| Plaintiff(s), | ) ) | No. C 10-5709 CRB (PR) |
| v. | ) ) | ORDER |
| TOM GRAF, et al., | ) ) | (Docket # 69 & 71) |
| Defendant(s). | ) ) | |

Plaintiff's motions (docket # 69 & 71) for an order compelling certain discovery are DENIED as premature. The court will not entertain discovery motions unless the parties first comply with the meet-and-confer requirements of the Federal Rules of Civil Procedure and the Court's Local Rules. See, e.g., Fed. R. Civ. P. 37(a) (motion to compel must include a certification that the movant has in good faith conferred or attempted to confer with the party not making the disclosure in an effort to secure the disclosure without court action); Civ. L. R. 37-1 (same). In view of plaintiff's commitment, the parties may satisfy the meet-and-confer requirements by letter or telephone conversation. Cf. Civil L. R. 1-5(n) ("meet and confer" or "confer" means to communicate directly and discuss in good faith the issue(s); mere sending of a written, electronic or voice-mail communication does not satisfy a requirement to "meet and confer" or to

1  "confer;" requirement can be satisfied only through direct dialogue and
2  discussion – either in a face to face meeting or in a telephone conversation).
3  SO ORDERED.
4  DATED:  April 11, 2012

                CHARLES R. BREYER
                United States District Judge

N:\10-5709.crborder.wpd