IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTHONY DAWAYNE LEE TURNER,        )
                                   )  No. C 10-5709 CRB (PR)
            Plaintiff,             )
                                   )  ORDER APPOINTING PRO
      vs.                          )  BONO COUNSEL FOR
                                   )  PLAINTIFF
TOM GRAF, et al.,                  )
                                   )
            Defendant(s).          )
_____)

Per order filed on January 15, 2013, the court referred plaintiff to the Federal Pro Bono Project of the Volunteer Legal Services Program (VLSP) to find a volunteer attorney to represent him.

VLSP has informed the court in writing that Robert Tadlock of Kilpatrick Townsend & Stockton LLP (KT & S) has agreed to serve as appointed pro bono counsel for plaintiff in this action.  The court is grateful for the firm's interest and commitment and, good cause shown, APPOINTS Robert Tadlock of KT & S as counsel for plaintiff in this matter pursuant to 28 U.S.C. § 1915(e)(1) and the court's Federal Pro Bono Project guidelines.

The clerk shall set this matter for a case management conference within 90 days of this order.

SO ORDERED.

DATED:  Jan. 24, 2013   

_____
CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.10\Turner, A1.10-5709.appointment.wpd