UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ANTHONY DAWAYNE LEE TURNER, | No. 10-CV-5709 CRB (NJV) |
| Plaintiff, | ORDER SETTING STATUS CONFERENCE |
| v. | |
| TOM GRAFF, et al., | Status Conference: August 27, 2013 1:00 pm. |
| Defendants. / | |

On April 26, 2013, District Judge Charles R. Breyer entered an order directing the parties to return to the undersigned following the close of fact discovery on July 28, 2013. Accordingly, this case is HEREBY SET for a telephonic status conference on August 27, 2013, at 1:00 pm. The parties shall dial 888-684-8852 and enter access code 1868782.

IT IS SO ORDERED.

Nandor J. Vadas
United States Magistrate Judge