UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY DAWAYNE LEE TURNER,

    Plaintiff,

  v.

TOM GRAFF, et al.,

    Defendants.

Case No.  10-cv-05709-CRB   (NJV)

**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING**

A settlement conference was held on January 29, 2014 in San Francisco, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    (X) Plaintiff by phone and Plaintiff's attorney, Robert D. Tadlock

    ( ) Warden or warden's representative

    (X) Office of the California Attorney General, Grayson Marshall III

    (X) Other: Christopher Kane for Napa State Hospital

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

    (X) The case has been completely settled.  A telephonic status conference is scheduled for March 4, 2014 at 1:00 p.m.

    ( ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved.  The issues outlined on the sheet attached remain for this Court to resolve.

1    ( ) The parties are unable to reach an agreement at this time.

2    **IT IS SO ORDERED.**

3    Dated: 1/31/14

4    _____
5    NANDOR J. VADAS
     United States Magistrate Judge